**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION**

Yolanda Carter,

    Plaintiff,

        v.                                        Case No.  1:13cv112

Commissioner of Social Security,           Judge Michael R. Barrett

    Defendant.

## ORDER

    This matter is before the Court on the Report and Recommendation filed by the Magistrate Judge on February 4, 2014 (Doc. 21).

    Proper notice has been given to the parties under 28 U.S.C. § 636(b)(1)(C), including notice that the parties would waive further appeal if they failed to file objections to the Report and Recommendation (Doc. 21) in a timely manner.  *United States v. Walters,* 638 F.2d 947 (6th Cir. 1981).  No objections to the Magistrate Judge's Report and Recommendation (Doc. 21) have been filed.

    Accordingly, it is **ORDERED** that the Report and Recommendation (Doc. 21) of the Magistrate Judge is hereby **ADOPTED.**  The decision by the Commissioner is **AFFIRMED** consistent with the recommendation by the Magistrate Judge.  This action is closed.

    **IT IS SO ORDERED.**

                                                       *s/Michael R. Barrett*
                                                       Michael R. Barrett
                                                       United States District Judge